# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOHNNIE ROCHELL, JR.**                                                             **PLAINTIFF**

v.                    **CASE NO. 5:16-CV-5093**

**CODY ROSS**                                                                                   **DEFENDANT**

## **JUDGMENT**

Pursuant to the verdict returned by the jury on September 22, 2021 (Doc. 182) and the Court's Order thereupon (Doc. 185), the Court hereby finds and directs that the Plaintiff, Johnnie Rochell, Jr. is entitled to a judgment in his favor in the sum of $7,001.00.

**IT IS THEREFORE ORDERED AND ADJUDGED** that **JUDGMENT** is rendered in favor of Plaintiff, Johnnie Rochell, Jr. and against the Defendant, Cody Ross, in the sum of **$7,001.00.**

**IT IS SO ORDERED** on this 23rd day of September, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE